**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-2294**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

LUTHER BARTRUG,

                                    Defendant - Appellant,

        and

SANDRA B. BARTRUG; PAHTRICK HERRY; ANGELA A.
SAXON,

                                    Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge. (CA-95-769)

———————————

Submitted:  April 28, 2005          Decided:  May 3, 2005

———————————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Luther Bartrug, Appellant Pro Se.  Patricia McDonald Bowman, Thomas
J. Clark, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.;

Robert P. McIntosh, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luther Bartrug appeals from the district court's orders granting the motion of the Internal Revenue Service and amending the order of sale of his property, enjoining him from filing any further pleading in the case other than a notice of appeal, and denying his motions for reconsideration of those orders. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Bartrug, No. CA-95-769 (E.D. Va. Aug. 19, Aug. 24, Sept. 10, & Oct. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED